**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| GAIL M. MAY | ) | |
| | ) | Case No. ____________________________ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | The Honorable _______________________ |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT AND JURY DEMAND**

Plaintiff, Gail M. May, by and through undersigned counsel, in Complaint against Defendant, the United States of America (the United States or the government), alleges and states the following:

**Preliminary Statement**

1. This Complaint asserts a claim under 26 U.S.C. § 7422 for refund of monies the United States collected from Plaintiff in excess of her actual liability for federal income taxes for Plaintiff's taxable year ended December 31, 2022 (the Issue Year). Plaintiff seeks an order directing Defendant to refund her tax overpayment of $2,197.94 for the Issue Year, plus all legally cognizable pre- and post-judgment interest. On or about March 15, 2023, Plaintiff timely perfected her claim for refund by filing a U.S. Individual Income Tax Return on Forms 1040-SR with the Internal Revenue Service (IRS or the Service) for the Issue Year (the Tax Return). On or about July 17, 2023, having not received the refund identified by the Tax Return, Plaintiff requested the IRS perform a refund trace for the Issue Year by filing Form 3911 with the IRS. By letter dated October 31, 2023, the IRS responded to Plaintiff's request for refund trace stating that the refund was

deposited into a bank account that was identified on the Tax Return. In fact, however, the bank name and account number identified in this IRS letter dated October 21, 2023 was not the bank routing and account number identified by the Tax Return filed by Plaintiff on or about March 15, 2023.

**The Parties**

2. Plaintiff, Gail M. May, is an individual whose address is 1317 Brittain Road, Akron, Ohio 44310.

3. Defendant, the United States, acting through its Department of Treasury and the IRS, failed to properly issue Plaintiff's income tax refund to the bank and account number identified on the Tax Return.

**Jurisdiction and Venue**

4. This Court's jurisdiction is invoked under 28 U.S.C. § 1346(a)(1) and 26 U.S.C. §§ 6511, 6532(a), 7402, and 7422(a).

5. Venue is proper in this Court under 28 U.S.C. § 1391, because Plaintiff resides in the Northern District of Ohio, and Defendant's Department of Treasury and IRS have offices in the district.

**General Allegations**

6. By this reference, paragraphs 1-5, above, are incorporated and set forth here.

7. This action arises under the laws of the Internal Revenue Code of 1986, as amended (IRC), codified at 26 U.S.C., from the IRS's failure to timely issue the refund as identified in the Tax Return to the bank routing and account number as identified in the Tax Return for the Issue Year.

8. On or about March 15, 2023, Plaintiff filed the Tax Return with the assistance of her local Volunteer Income Tax Assistance site.

9. The Tax Return identified the bank routing and account number to which Plaintiff directed the IRS to direct deposit her refund.

10. On or about July 17, 2023, having not received the refund identified by the Tax Return, Plaintiff requested the IRS perform a refund trace for the Issue Year by filing Form 3911 with the IRS.

11. By IRS LTR 129C dated October 31, 2023, the IRS informed Plaintiff that it had conducted the refund trace per Plaintiff's Form 3911, stating that the refund at issue had been deposited into a bank account identified in the Tax Return.

12. The bank name and account number identified in this IRS LTR 129C dated October 31, 2023 was not the bank routing and account number identified by the Tax Return filed by Plaintiff on or about March 15, 2023.

13. The bank name and account number identified in this IRS LTR 129C dated October 31 was not titled to, owned, maintained, and/or otherwise accessible to Plaintiff.

**Claim for Refund**
**(26 U.S.C. §§ 6511, 7422)**

14. By this reference, paragraphs 1-13, above, are incorporated and set forth here.

15. Plaintiff properly and timely filed her claim for refund for the Issue Year within the periods prescribed in 26 U.S.C § 6511, thereby satisfying the requirements of 26 U.S.C § 7422(a). Further, as required by 26 U.S.C. § 6532(a), more than six (6) months have passed since Plaintiff filed the Claim for Refund without the IRS correcting its error in issuing the refund to a bank account not identified on the Tax Return.

16. Plaintiff is owed a refund by Defendant of $2,197.94 of overpayment for the Issue Year collected by Defendant, along with all legally cognizable pre- and post-judgment interest, including, without limitation, overpayment interest under 26 U.S.C § 6621.

**Prayer for Relief**

17. WHEREFORE, Plaintiff prays that this Court enter judgment in her favor, against Defendant, ordering Defendant to refund $2,197.94, plus all legally cognizable pre- and post-judgment interest, including, without limitation, overpayment interest under 26 U.S.C § 6621, to Plaintiff, and effect such other and further relief as this Court deems just and proper.

18. PLAINTIFF HEREBY DEMANDS TRIAL BY JURY ON ALL TRIABLE ISSUES.

Respectfully submitted,

Date: September 9, 2026

/s/ Simon W. Johnson

Simon W. Johnson, Esq.
COMMUNITY LEGAL AID SERVICES
50 S. Main Street, Suite 800
Akron, Ohio 44308
Telephone: 333-983-2584
sjohnson@communitylegalaid.org
*Counsel for Plaintiff Gail M. May*